[L. A. No. 9719. In Bank.—April 1, 1931.]

CITY OF PASADENA (a Municipal Corporation), Appellant, v. NICK ESTRIN et al., Respondents.

Roscoe R. Hess and R. C. McAllister, City Attorneys, and Frederick G. Stoehr, Assistant City Attorney, for Appellant.

Robert E. Austin and John N. Helmick for Respondents.

THE COURT.— ▪ This is an appeal by the plaintiff from a judgment in its favor, which appeal was considered and decided in the determination of the defendants' appeal in a companion case of the same title (*City of Pasadena* v. *Estrin et al.* (L. A. No. 9507), *ante*, p. 231 [298 Pac. 14]), this day decided. On the authority of that case the judgment is modified as ordered in that case and as so modified the judgment is affirmed.